JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| AKOP DZHULAKYAN,<br>Petitioner,<br>v.<br>KRISTI NOEM, *et al.*,<br>Respondents. | Case No. 5:26-cv-00398-FWS-PVC<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Order Rejecting the Report and Recommendation of the Magistrate Judge and Denying the Petition as Moot (the "Order"), **IT IS ORDERED AND ADJUDGED** that the Petition is **DISMISSED WITHOUT PREJUDICE** (but without leave to amend). The Order constitutes final disposition of the Petition by the court.

Dated: August 31, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE